IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| VERYL JEFFERSON,<br><br>            Plaintiff,<br><br>vs.<br><br>3170, LLC; BOOST MOBILE; AMERICAN TAX SERVICE; MARC G. KRAFT; and DOES 1-5,<br><br>            Defendants. | 8:16CV36<br><br>ORDER |

This matter is before the Court on Plaintiff Veryl Jefferson's ("Jefferson") Motion to Dismiss Parties (Filing No. 32). Jefferson moves the Court to dismiss Defendants Does 1-5 without prejudice because they have not been identified at this time. The Court finds the Motion should be granted.

       IT IS ORDERED:

       1.       Jefferson's Motion to Dismiss Parties (Filing No. 32) is GRANTED.

       2.       Defendants Does 1-5 are DISMISSED without prejudice.

Dated this 26th day of September, 2016.

                                                                          BY THE COURT:

                                                                         s/ *Robert F. Rossiter, Jr.*
                                                                         United States District Judge