IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| VERYL JEFFERSON,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>3170 LLC; BOOST MOBILE; AMERICA TAX SERVICE; and MARK G. KRAFT,<br><br>　　　　　Defendants. | CASE NO. 8:16cv00036-LSC-FG3<br><br>**STIPULATED DISMISSAL WITH PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a), the parties through their attorneys of record, hereby stipulate and agree that this action may be dismissed with prejudice, with each party to bear his/their own attorney's fees and costs.

Dated: October 24, 2016.

| | |
|---|---|
| VERYL JEFFERSON, Plaintiff, | 3170 LLC; BOOST MOBILE; AMERICA TAX SERVICE; and MARK G. KRAFT, Defendants |
| By:  s/ *Jackie Barfield*<br>　　Jackie Barfield (#19966)<br>　　P.O. Box 111435<br>　　Omaha, NE 68111<br>　　Phone: 402-212-4928<br>　　Facsimile: 402 | By:  s/Scott P. Moore<br>　　Scott Parrish Moore (# 20752)<br>　　Sara A. McCue (# 25521)<br>of　BAIRD HOLM LLP<br>　　1700 Farnam Street<br>　　Suite 1500<br>　　Omaha, NE  68102-2068<br>　　Phone: 402-344-0500<br>　　Facsimile: 402-344-0588<br>　　spmoore@bairdholm.com<br>　　smccue@bairdholm.com |

-1-

-2-

## CERTIFICATE OF SERVICE

I hereby certify that on October 24, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Jackie Barfield

And I hereby do certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

None.

s/Scott P. Moore

DOCS/1758328.1